

**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: Case No. 01-13-00762-CR

Style: Khutsana Kenya Davis
  v.  The State of Texas



U.S. POSTAGE >> PITNEY BOWES
Friday, March 27, 2015

ZIP 77002  $ 000.34⁰
02 1W
0001372104 MAR 27 2015

Please be advised that on this date the mandate was issued in the above cause. You may obtain a copy of the Court's mandate and all related documents by visiting the Court's website at www.1stcoa.courts.state.tx.us. Pursuant to Texas Government Code, Sec. 51.204(b), all exhibits on file with the court, **if any**, will be destroyed three years from this date. As required by the Texas Government Code, Sec. 51.204(d)(e), we are also notifying the trial court clerk that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets, no earlier than six (6) years from the date of the mandate in **all civil cases**, twenty-five (25) years in criminal cases with a sentence of twenty (20) years or less.

T. C. Case # 1323141

Christopher A. Prine, Clerk of the Court

NIXIE        773   CE 1          72 04/18/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 77002206699      *0597-11993-12-16

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 24 2015

CHRISTOPHER A. PRINE
CLERK